AMOS SAWYER, Respondent,

*vs.*

THE FARMERS' AND MILLERS' BANK, Appellant.

APPEAL FROM MILWAUKEE CIRCUIT COURT.

When a demurrer has been overruled and defendant has ten days in which to answer, it is error for the plaintiff to sign judgment before the expiration of the ten days.

This is another appeal in the same case as the foregoing.

On the 19th of April, the court made the order, from which the former appeal was taken, adjudging the demurrer frivolous, and giving the defendant ten days to answer. On the same day, the court, on application of the defendant, fixed the amount of undertaking for an appeal in the sum of $250.

On the same day, the plaintiff's counsel filed an affidavit, that no answer had been served, whereupon a reference was ordered to the clerk to compute the amount due ; report made, and final judgment entered.

*April 21st.* The defendant moved to set aside the judgment, because— " 1. It was entered after notice of an appeal given in open court, from the order of court overruling the demurrer of the defendant. 2. It was entered on the first day of the present term, after the court, in the decision upon the matter of the demurrer, gave the defendant ten days within which to make answer to the complaint of the plaintiff, and without notice to the defendant or his attorney."

*May 1st.* This motion was granted, and an order made

vacating the judgment. From which order the plaintiff appealed.

*Smith & Salomon*, for the Appellant.

*Nelson Cross*, for the Respondent.

*Per Curiam.* The order vacating the judgment must be affirmed. The order of the 19th of April gave the defendant ten days to answer, and although it may have been erroneous, it was nevertheless in force until set aside or reversed. The judgment ought not to have been entered until the expiration of the ten days, and then only on motion. The order vacating the judgment is affirmed with costs.